The People of the State of Illinois ex rel. Ida Singer, appellee, v. Benjamin Isakowitch, appellant. Gen. No. 25,380.

Bastardy proceedings. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed May 28, 1920.

Ernest C. Reniff, for appellant. Maclay Hoyne and Edward E. Wilson, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

City of Chicago, appellee, v. Stanley Ratajczak, appellant. Gen. Nos. 26,195-26,232 inc.

Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the March term, 1920. Affirmed for failure to file record in time. Opinion filed June 1, 1920.

No appearance for appellant. Harry B. Miller and Daniel Webster, for appellee.

Per Curiam.

---

Sarah Brosman, plaintiff in error, v. Morris & Company, defendant in error. Gen. No. 24,931.

Action for injuries to person run over by an automobile. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

Lynn & Hallam, for plaintiff in error. John A. Bloomingston, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

M. J. Mulvihill for use of The Bullis Company, plaintiff in error, v. John C. Shaffer, defendant in error. Gen. No. 25,002.

Action of debt on a decree. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

Fyffe, Ryner & Dale, for plaintiff in error. Zane, Morse & McKinney, for defendant in error.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Robert H. Domke, appellant, v. J. W. Smith, appellee. Gen. No. 25,031.

Action for rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and judgment here. Opinion filed June 2, 1920.

Richard J. Cooney and John A. Verhoeven, for appellant. Adams, Childs, Bobb & Wescott, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.